RECEIVED
IN ALEXANDRIA, LA.
JUL 21 2010
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| GUILLERMO RUIZ, AKA GUILLERMO RUIZ GARCIA FED. REG. NO. 50819-004 | CIVIL ACTION NO. 1:10-cv-0605 |
| VS. | SECTION P |
| | JUDGE DEE D. DRELL |
| WARDEN JOE KEFFER, ET AL. | MAG. JUDGE JAMES D. KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED,** in chambers, in Alexandria, Louisiana, on this 21st day of July, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE